**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DANIEL KAPETAN, | ) | 3:13-CV-0171-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 27, 2014 |
| JAMES G. COX, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants Tanya Hill and Brian Williams filed a motion to stay (#26) the deadline to file their responsive pleading until the court has ruled on the pending motion to dismiss. Plaintiff filed an opposition (#32), and defendants replied (#33). For good cause appearing,

IT IS ORDERED that defendants' motion to stay (#26) is **GRANTED**. Defendants Hill and Williams shall have thirty (30) days following the ruling on defendants' motion to dismiss to file a responsive pleading.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk