UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL KAPETAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES G. COX, et al.,<br><br>　　　　Defendants. | 3:13-CV-0171-MMD (VPC)<br><br>**MINUTES OF THE COURT**<br><br>May 26, 2015 |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Plaintiff's motion for filed documents #30 (#82) is **GRANTED in part.** The Clerk shall **RETURN** to plaintiff by U.S. Mail the original documents he filed as docket #30. The Court is unclear what other relief is being requested in the motion, and therefore, **DENIES** the same.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk