## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANIEL KAPETAN, | ) | 3:13-CV-0171-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 12, 2016 |
| | ) | |
| JAMES G. COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for a one-day extension of time (ECF No. 120) is **GRANTED.** Plaintiff's opposition to defendants' motion for summary judgment (ECF No. 121) shall be considered timely filed.

Defendants filed a motion for leave to file confidential documents under seal in support of defendants' motion for summary judgment (ECF No. 114).  A copy of this sealed exhibit was provided to plaintiff.  No opposition was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Therefore,

**IT IS ORDERED** that defendants' motion for leave to file confidential documents under seal in support of defendants' motion for summary judgment (ECF No. 114) is **GRANTED**. The exhibit (ECF No. 115) is filed and shall remain under seal.

**IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                              By:          /s/
                                        Deputy Clerk