# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANIEL KAPETAN, | ) | 3:13-CV-0171-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 6, 2017 |
| | ) | |
| JAMES G. COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>   LISA MANN   </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion withdrawing their motion for summary judgment (ECF No. 125) is **GRANTED.** Defendants' motion for summary judgment ECF No. 113 is hereby deemed **WITHDRAWN.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>   /s/   </u>
Deputy Clerk