# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANIEL KAPETAN, | ) | 3:13-cv-00171-MMD-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 7, 2017 |
| | ) | |
| JAMES G. COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for leave to file confidential documents under seal in support of defendants' amended motion for summary judgment (ECF No. 132). A copy of this sealed exhibit was provided to plaintiff. No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion for leave to file confidential documents under seal in support of defendants' amended motion for summary judgment (ECF No. 132) is **GRANTED**. The exhibit (ECF No. 133) is filed and shall remain under seal.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

BY:   /s/
      Deputy Clerk